EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* ANGEL ERAZO, acusado y apelante.

No. 2895.—*Visto:* Noviembre 5, 1926. *Resuelto:* Noviembre 8, 1926.

1. DERECHO PENAL—EVIDENCIA—PESO Y SUFICIENCIA—PRUEBA DEL SITIO EN QUE EL DELITO SE COMETIÓ.—Bajo acusación que imputa la comisión de un delito en determinado pueblo, 'la jurisdicción del tribunal sentenciador queda suficientemente probada mediante evidencia de que el hecho imputado ocurrió en un, sitio dentro de un barrio de dicho pueblo.

2. DERECHO PENAL—APELACIÓN Y ERROR, Y CERTIORARI—RESOLUCIÓN Y DISPOSICIÓN DEL CASO—CONFIRMACIÓN DE LA SENTENCIA APELADA.—Resuelto un conflicto existente en la prueba, si por los autos del caso el Supremo no tiene motivos para estimar que la corte inferior resolvió aquél impropiamente, procede confirmar la sentencia apelada.

SENTENCIA de *Pablo Berga*, J. (San Juan), condenando al acusado por delito de Portar Armas Prohibidas. *Confirmada.*

*Juan Valldejuly Rodríguez*, abogado del apelante; *José E. Figueras*, abogado de *El Pueblo*, apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

Dos motivos alega el apelante para que revoquemos la sentencia que lo condena por portar armas prohibidas, a saber: 1º, que no se probó el sitio del suceso por lo que la corte inferior no tuvo jurisdicción para condenarlo: 2º, que la sentencia es contraria a la evidencia habiendo sido ésta apreciada erróneamente.

[1] En la acusación se imputó al acusado que portaba el arma en Naranjito, y en el juicio se probó que el hecho ocurrió en la casa de María Villanueva que está a orillas del Río Grande en el barrio de Guadiana de Naranjito, quedando así probada la jurisdicción del tribunal sentenciador fuera de duda razonable.

[2] Con respecto al segundo motivo del recurso nos bastará decir que si bien el acusado y otro testigo dijeron que María Villanueva, novia de aquél, se disparó un tiro con un revólver y que cuando cayó al suelo el acusado cogió el revólver de ella y se disparó otro tiro, la testigo María Villanueva negó toda ésa versión declarando que el acusado la llamó fuera de su casa y que cuando ella bajó le disparó con un revólver que él tenía; contradicción que la corte inferior resolvió en contra del acusado sin que por los autos tengamos motivos para estimar que resolvió impropiamente el conflicto de la evidencia.

*La sentencia apelada debe ser confirmada.*

El Juez Asociado Sr. Hutchison no intervino en la resolución de este caso.